# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 96-20653
## Summary Calendar
_____

**JOSEPH P. PEROT;**
**MARSHA ARRIENS PEROT,**

                             **Plaintiffs-Appellants,**

               **versus**

**McDONALD'S CORPORATION,**

                               **Defendant-Appellee.**

_____

## Appeal from the United States District Court
### for the Southern District of Texas
### (CA H 96-1136)
_____
### April 3, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Joseph P. and Marsha Arriens Perot appeal the district court's judgment confirming the arbitration award against them. They contend that (1) the arbitrator erred by refusing to grant a short continuance for their new counsel prior to arbitration; (2) the arbitrator failed to reveal his partiality to McDonald's by not disclosing that either he or his law firm represented McDonald's in real estate transactions; (3) the arbitrator exceeded his power by awarding compensation, administration fees, and expenses; and (4)

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the district court did not review all of the evidence prior to issuing the final judgment.  Pursuant to our *de novo* review, we conclude that the Perots have not raised any grounds to support vacating the arbitrator's award.  Accordingly, the judgment of the district court is

**AFFIRMED**